Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

JACK RUSSELL GRAHAM & BETSY ANN GRAHAM

CASE NO. 09-70534-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 4942 | SS#2:  xxx-xx- 0980 |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

   A. Orig. Date: 11/16/2009   Orig. Time:   12:00 PM        Reset Date:              Reset Time:

   B. Meeting Results:        Adjourned

   C. Debtor(s):   Debtor 1 Appeared        Debtor 2 Appeared

   D. Attorney for Debtor(s):   Appeared

   E. Creditor Appearance:   None

   F. Amount Paid to the Trustee as of      11/16/2009      $0.00      First Payment Due Date:      11/19/2009

   G. File Trustee's Motion to Dismiss because

   H. B22C Information:     B22C Form is:     Complete

        Budgeted Income:   $6,039.26   Expense:   $5,731.26   Surplus:   $308.00

        Plan Payment:   $308.00  Monthly                       Plan Term(Months):   60

   I. Value of Non-Exempt Property:        $0.00   Proposed Amount to Unsecured Creditors:        $0.00

        ___ Objection to Exemption of:

        ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

        ___ Object to Invoke Stay Pleading

        ___ Case Converted from Chapter 7, Bar Date Set:   2/14/2010   Date Converted from Chapter 7:

   J. Required Information:   Bank Statements -- __????: business bank accts, _x_0069: Personal

   K. Business Information:   Business Questionaire; Cash Flow;

   L. Object to Confirmation:   Yes

        FYI: $34,050 hardacre if objection is filed
        Sch I fails to include all income
        Sch J lists excessive expenses
        Failure to include all disposable income

   M. Financial Management Class:   Debtor 1 Appeared        Debtor 2 Appeared

   N. Eligibility:

        Certificate of Credit Counseling Filed:   Both Debtor 1 and Debtor 2

        Credit Counseling Provider Approved:                        Yes

        Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):        No

   O. Domestic Support Obligation:        $0.00   Current:              Arrears:        $0.00

        Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

   P. Remarks:   MTD
                 -Business Questionaire
                 -Cash Flow
                 -Bank Statements -- __????: business bank accts, _x_0069: Personal
                 Wichita National Checking
                 Questions
                   -FYI: WW is for $995 & Plan payment is only $308.
                   -Only one personal checking & savings account?
                 Yes
                   -Need business bank accounts?
                 Wichita National Checking

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone      (806) 748-1956 Fax

-How many business accounts?
One business checking
    -Mrs decrease in salary starting 8/11/09 permanent?
Yes
    -Is Bling Bling & Things business still in operation?
Yes
    -How is Mrs business income determined?
Keeps records.
    -What is a average income from business?
Varied.
    -Why is no business income included?
No draws or income from the business. It is all reinvested in the business.
    -Sch I Mrs. business income not included.
    -$611/mo per bank statements for period 4/09-8/09.
She did not know off the top of her head what deposits would be from.
    -How much mileage is normally received per month?
Does not normally receive mileage, but if she purchases something for the business she will be reimbursed.
    -22 year old daughter & 18 year old son moving out in near future?
Yes both in school & will live there for forseeable future.
    -Sch J expenses are high.
    -Sch J expenses are $5,731.26 & National standard for 4 is $4250
    -Sch B fail to include all vehicles
    -Only 09 Chevy PU & 96 Dodge vehicles?
Yes
Objections
    -FYI: $34,050 hardacre if objection is filed
    -Sch B fail to include all vehicles-only thoes 2---will not be pursued
    -Sch I fails to include all income
    -Sch J lists excessive expenses
    -Failure to include all disposable income
Need a better explaination for difference in personal bank statements.
Need bank statements and possibly income included in Sch I. Bank statements may show deposits.

Dated:    11/16/2009

/s/ Walter O'Cheskey

Standing Bankruptcy Trustee
By:       Brent Hagan

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | **09-70534** Page 3 of 4 | | | | |
| **Debtor:** | **Graham** | | | | |
| **Attorney:** | **MJW** | | | | |
| **Presiding Officer:** | **Brent Hagan** | | | | |
| **Calculation Date:** | | | | | **11/16/2009 8:56** |

| Domestic Support  Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor       Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| **Attorney Fees**        Paid Through the Plan | $2,719.00 | | $2,719.00 |
| **Noticing Fees** | $94.00 | | $94.00 |
| **Clerk Filing Fees** | $0.00 | | $0.00 |

| | | | |
|---|---|---|---|
| **Hardacre Minimum** | **$0.00** | <-------------- | |
| Chapter 7 Minimum (Gross) | $0.00 | | |
| Less Trustee Fees | $0.00 | | |
| Less Attorney Fees | $2,719.00 | | |
| Less Noticing Fees | $94.00 | Greater Of ---------> | $0.00 |
| Less Clerk Filing Fees | $0.00 | | |
| Less Scheduled Priority Claims | $0.00 | | |
| Less Other (Explain Below) | $0.00 | | |
| **Chapter 7 Minimum (Net)** | **$0.00** | <-------------- | |

| | |
|---|---|
| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $117,684.24 |

| | |
|---|---|
| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $3,115.11 |
| Debtor Plan Base (Monthly Payment X Term) | $18,480.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $15,364.89 |

**Comments:**

$34,050 hardacre if objection is filed

| Case Number: | 0 |
|---|---|
| Debtor: | 0 |
| Attorney: | 0 |
| Presiding Officer: | 0 |
| Calculation Date: | 11/16/2009 8:56 |

| | | |
|---|---|---|
| Schedule I Gross Income | | $6,939.98 |
| Less Line 57 B22C | | $6,372.47 |
| | | |
| Adjustments (Enter as positive to add, negative to subtract) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | ($567.51) |
| | | |
| Month Disposable Income Available | | $0.00 |
| Multiplier | | 60 |
| Minimum to Unsecureds | | $0.00 |

| Comments: |
|---|