MTDA 1213.000012X

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 09-70534-HDH-13 |
| | DATED: December 17, 2009 |
| JACK RUSSELL GRAHAM | |
| BETSY ANN GRAHAM | HEARING DATE: December 16, 2009 |
| | HEARING TIME: 11:00 AM |

### NOTICE OF WITHDRAWAL OF THE TRUSTEE'S MOTION TO DISMISS AND/OR REDUCE DEBTOR'S ATTORNEY FEES

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, AND HEREBY WITHDRAWS his "MOTION TO DISMISS AND/OR REDUCE DEBTOR'S ATTORNEY FEES" without prejudice for the Motion dated 11-10-2009.

__/s/  Walter O'Cheskey_____
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Withdrawal of the Trustee's Motion to Dismiss and/or Reduce Debtor's Attorney Fees was this date served on the following parties electronically or by U.S first class mail:

__/s/  Walter O'Cheskey_____
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Avenue,
Lubbock TX 79424

| | |
|---|---|
| Debtor Attorney | |
| MONTE J WHITE | United States Trustee |
| ATTORNEY AT LAW | William T. Neary |
| 1106 BROOK AVE HAMILTON PLACE | 1100 Commerce Street,  Rm9C60 |
| WICHITA FALLS TX 76301-0000 | Dallas, TX  75242 |
| | |
| Debtor1: | Debtor 2: |
| JACK RUSSELL GRAHAM | BETSY ANN GRAHAM |
| 3152 CLOWER RD | 3152 CLOWER RD |
| WICHITA FALLS TX 79305 | WICHITA FALLS TX 79305 |